IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROSS MATTHEW CATAFFO,

          Plaintiff,

v.                                  CIVIL ACTION NO.   2:25-cv-00537

ECONO LODGE BY WYNDHAM
and SUPER 8 HOTEL,

          Defendants.

**MEMORANDUM OPINION AND ORDER**

On September 4, 2025, the Plaintiff, proceeding *pro se*, filed an *Application to Proceed Without Prepayment of Fees and Costs* (Document 1) and a *Complaint* (Document 2).  By *Administrative Order* (Document 3) entered on September 5, 2025, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

By *Order* (Document 4) entered on September 24, 2025, the Magistrate Judge ordered the Plaintiff to submit a completed *Application to Proceed Without Prepayment of Fees and Costs* or, in the alternative, to pay the filing and administrative fees no later than October 14, 2025.   Additionally, by separate *Order* (Document 5) entered on September 24, 2025, the Magistrate Judge ordered the Plaintiff to amend his *Complaint* no later than October 14, 2025.   In both orders, the Plaintiff was advised that failure to comply would result in a recommendation of dismissal.   The Plaintiff did not respond to either of the Court's orders.

1

On October 30, 2025, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 6) wherein it is recommended that this Court deny the Plaintiff's *Application to Proceed Without Prepayment of Fees and Costs* (Document 1) and dismiss this action from the Cout's docket without prejudice. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by November 17, 2025.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's *Application to Proceed Without Prepayment of Fees and Costs* (Document 1) be **DENIED**, the Plaintiff's *Complaint* (Document 2) be **DISMISSED WITHOUT PREJUDICE**, and this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:      November 24, 2025

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA